# DISTRICT COURT OF GUAM

EVY YOUNG,
EDGAR TAZ,

V.

AMBEST, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-00026**

ACKNOWLEDGED RECEIPT
Sign: _Doug B. Moylan_
_Douglas D. Moylan_
_9/4/07_

TO: (Name and address of Defendant)

SHELL GUAM INC.
643 Chalan San Antonio #100
Tamuning, Guam 96911

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211
Facsimile: (213) 481-1554

Law Offices of Douglas B. Moylan
Suite 201 Skinner Plaza Building
138 West Seaton Boulevard, Hagatna
P.O. Box 7822
Tamuning, Guam 96931   USA
(671) 475-9292 - (671) 483-9292 (cellular)
Facsimile: (671) 475-9293

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA

07-00026  SEP - 4 2007

CLERK                                                               DATE

_Marilyn B. Alcon_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date                     Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action