GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile (213) 481-1554
J. PAUL SIZEMORE, Alabama Bar No. ASB 9286 077J

Law Offices of Douglas B. Moylan
Suite 201 Skinner Plaza Building
138 West Seaton Boulevard • Hagåtña
P.O. Box 7822 • Tamuning, Guam 96931
(671) 475-9292 • (671) 483-9292 (cellular)
(671) 475-9293 (fax) • *dbmoylan@gmail.com*
DOUGLAS B. MOYLAN

**FILED**
DISTRICT COURT OF GUAM
SEP - 4 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| EVY YOUNG, EDGAR TAZ, <br><br> Plaintiffs, <br><br> v. <br><br> AMBEST, INC., ET AL., <br><br> Defendants. | CIVIL CASE NO. **07-00026** <br><br> PETITION <br><br> (*PRO HAC VICE*) |

**COMES NOW** J. Paul Sizemore, and moves pursuant to Rule GR17.1(d), Local Rules of Practice for the District Court of Guam, for admission to practice before the District Court of Guam, District of Guam, and states under penalty of perjury the following information as required by Rule GR17.1(d)(2):

1. My residence is:

    Manhattan Beach, California

2. My office address is:

    Girardi | Keese

    1126 Wilshire Boulevard

    Los Angeles, California 90017

ORIGINAL

3. Courts to which I have been admitted to practice and date of admission:

    Alabama- September 29, 1995

    Tennessee - October 15, 2002

    Georgia - November 25, 2002

4. I am a member in good standing and eligible to practice in the before identified courts.

5. I am not currently suspended or disbarred in any other court.

6. I have not previously made any applications to practice pro hac vice before this Honorable Court.

7. I hereby designate Attorney Douglas B. Moylan of the Law Offices of Douglas B. Moylan, Suite 201 Skinner Plaza Bldg., 138 W Seaton Blvd., Hagåtña, Guam, who is an active member in good standing of this Honorable Court, as my local counsel. His consent is filed contemporaneously herewith.

Respectfully submitted this 28th day of August, 2007.



_____
J. PAUL SIZEMORE

**THE FOREGOING** is true and correct to the best of my knowledge and belief, under penalty of perjury of the laws of Guam, this declaration being sworn and made in lieu of an affidavit pursuant to Title 6 Guam Code Annotated § 4308 this 28th day of August, 2007.



_____
J. PAUL SIZEMORE