GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile (213) 481-1554
J. PAUL SIZEMORE, Alabama Bar No. ASB 9286 077J

Law Offices of Douglas B. Moylan
Suite 201 Skinner Plaza Building
138 West Seaton Boulevard • Hagåtña
P.O. Box 7822 • Tamuning, Guam 96931
(671) 475-9292 • (671) 483-9292 (cellular)
(671) 475-9293 (fax) • *dbmoylan@gmail.com*
DOUGLAS B. MOYLAN

FILED
DISTRICT COURT OF GUAM
SEP - 4 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| EVY YOUNG, EDGAR TAZ, | CIVIL CASE NO. 07-00026 |
| Plaintiffs, | |
| v. | AFFIDAVIT OF DOUGLAS B. MOYLAN IN SUPPORT OF PETITION TO ADMIT COUNSEL *PRO HAC VICE* |
| AMBEST, INC., ET AL., | (*PRO HAC VICE*) |
| Defendants. | |

Douglas B. Moylan being duly sworn, hereby deposes and says as follows:

1. I am, Douglas B. Moylan, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit J. Paul Sizemore as counsel *pro hac vice* to represent Plaintiffs in the civil case which is being filed contemporaneously herewith.

2. I am a member of the bar of the District Court of Guam, Territory of Guam, and was admitted to practice law on May 1, 1992 and have remained in good standing with this Court.

ORIGINAL

3. My office address is Suite 201 Skinner Plaza Bldg., 138 W Seaton Blvd., Hagatna, Guam; telephone number 475-9292, email address *dbmoylan@gmail.com*.

4. I have known Mr. J. Paul Sizemore since August, 2007.

5. Mr. J. Paul Sizemore is Of Counsel at Girardi | Keese, in Los Angeles, California.

6. After speaking with Mr. Sizemore and asking him questions as to his background, I find him to be a skilled attorney and a person with notable credentials. He appears to be experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to be designated as local counsel under General Rules GR 17.1(e) and respectfully move the admission of J. Paul Sizemore, *pro hac vice* before this Honorable Court.

8. I respectfully submit a proposed order filed contemporaneously herewith granting the admission of J. Paul Sizemore, *pro hac vice*.

**WHEREFORE,** it is respectfully requested that the motion to admit J. Paul Sizemore, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Further affiant sayeth not this 28th day of August, 2007.

*[signature]*

**DOUGLAS B. MOYLAN**
**Guam Bar No. 92011**

SUBSCRIBED & SWORN to before me this 28th day of August, 2007.



*[signature]*
NOTARY PUBLIC

**AMY M. TIRAZONA**
**NOTARY PUBLIC**
IN AND FOR GUAM, U.S.A.
MY COMMISSION EXPIRES: AUGUST 29, 2009
122 CHOTE COURT, ASTUMBO GARDEN
DEDEDO, GUAM 96929