AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

EVY YOUNG,
EDGAR TAZ,

V.

SUMMONS IN A CIVIL CASE

AMBEST, INC., ET AL.

CASE NUMBER: 07-00026

ACKNOWLEDGED RECEIPT
Sign: _____
Print: J. BABAUTA
Date: 090907

TO: (Name and address of Defendant)

TOTAL PETROCHEMICALS USA, INC., a Delaware Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211
Facsimile: (213) 481-1554

Law Offices of Douglas B. Moylan
Suite 201 Skinner Plaza Building
138 West Seaton Boulevard, Hagatna
P.O. Box 7822
Tamuning, Guam 96931 USA
(671) 475-9292 – (671) 483-9292 (cellular)
Facsimile: (671) 475-9293

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

SEP - 7 2007

CLERK

/s/ Walter M. Tenorio

DATE

(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                            *Signature of Server*

                                 _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.