AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

EVY YOUNG,
EDGAR TAZ,

## SUMMONS IN A CIVIL CASE

V.

AMBEST, INC., ET AL.

CASE NUMBER: 07-00026

ACKNOWLEDGED RECEIPT
Sign: _____
Print: J. BABAUTA
Date: 090907

TO: (Name and address of Defendant)

PILOT TRAVEL CENTERS LLC, a Delaware limited liability Company
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| GIRARDI KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>(213) 977-0211<br>Facsimile: (213) 481-1554 | Law Offices of Douglas B. Moylan<br>Suite 201 Skinner Plaza Building<br>138 West Seaton Boulevard, Hagatna<br>P.O. Box 7822<br>Tamuning, Guam 96931 USA<br>(671) 475-9292 - (671) 483-9292 (cellular)<br>Facsimile: (671) 475-9293 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

SEP -7 2007

CLERK                                              DATE

/s/ Walter M. Tenorio

(By) DEPUTY CLERK



◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           *Date*         *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.