GIRARDI │ KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile (213) 481-1554
J. PAUL SIZEMORE, Alabama Bar No. ASB 9286 077J

Law Offices of Douglas B. Moylan
Suite 201 Skinner Plaza Building
138 West Seaton Boulevard • Hagåtña
P.O. Box 7822 • Tamuning, Guam  96931
(671) 475-9292 • (671) 483-9292 (cellular)
(671) 475-9293 (fax) • *dbmoylan@gmail.com*
DOUGLAS B. MOYLAN

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| EVY YOUNG, EDGAR TAZ, | CIVIL CASE NO. 07-00026 |
| Plaintiffs, | |
| v. | ORDER |
| | (*PRO HAC VICE*) |
| AMBEST, INC., ET AL., | |
| Defendants. | |

The Petition of J. Paul Sizemore for admission to practice before the District Court of Guam, District of Guam, comes on for review by the Court and said petition being supported by certificates required by GR17.1, Local Rules of the District Court of Guam and for good cause shown,

**IT IS THEREFORE ORDERED** that the Petition of J. Paul Sizemore for temporary admission to practice before the District Court of Guam is hereby granted and that the said applicant be admitted upon signing the prescribed oath and by paying the prescribed fee.



**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Sep 10, 2007**