# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

EVY YOUNG, EDGAR TAZ,

Plaintiff,

vs.

AMBEST, INC., a Tennessee corporation; CHEVERON USA, INC., a Pennsylvania corporation; CIRCLE K STORES, INC., a Texas corporation; CITGO PETROLEUM CORPORATION, a Delaware corporation; CONOCOPHILLIPS COMPANY, a Delaware corporation; COSTCO WHOLESALE CORPORATION, a Washington corporation; EXXON MOBIL CORPORATION, a New Jersey corporation; FLYING J, INC., a Utah Corporation; PETRO STOPPING CENTERS, L.P., a Delaware limited partnership; PILOT TRAVEL CENTERS LLC, a Delaware limited liability Company; QUIKTRIP CORP., an Oklahoma Corporation; 7-ELEVEN, INC., a Texas corporation; SHELL OIL PRODUCTS COMPANY LLC, a Delaware limited liability company; TESORO REFINING AND MARKETING COMPANY, a Delaware company; THE KROGER COMPANY, an Ohio corporation; TRAVELCENTERS OF AMERICA, INC., a Delaware corporation; TOTAL PETROCHEMICALS USA, INC., a Delaware Corporation; VALERO MARKETING AND COMPANY, a Delaware corporation; BP WEST COAST PRODUCTS, LLC, a Delaware limited liability company, MOBIL OIL GUAM INC., SHELL GUAM INC.,

Defendants.

CIVIL CASE NO. 07-00026

ORDER

In light of this court's disqualification from hearing this case, I HEREBY provide notice to the parties that the case is assigned to Chief Justice F. Philip Carbullido who has been designated by the Chief Judge of the United States Courts for the Ninth Circuit to preside over any case from which I must recuse myself.

SO ORDERED.

UNITED STATES OF AMERICA
DISTRICT COURT OF GUAM

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 25, 2007**