# DISTRICT COURT OF GUAM

EVY YOUNG,
EDGAR PAZ,

V.

CONOCOPHILLIPS COMPANY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 – 00026

TO: (Name and address of Defendant)
SOUTH PACIFIC PETROLEUM CORPORATION
1118 Cabras Hwy
Piti, Guam 96925

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211
Facsimile: (213) 481-1554

Law Offices of Douglas B. Moylan
Suite 201 Skinner Plaza Building
138 West Seaton Boulevard, Hagatna
P.O. Box 7822
Tamuning, Guam 96931 USA
(671) 475-9292 – (671) 483-9292 (cellular)
Facsimile: (671) 475-9293

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

OCT 09 2007

CLERK
/s/ Francine A. Diaz

DATE

(By) DEPUTY CLERK


COPY

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　　*Date*　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　*Address of Server*


RECEIVED
OCT - 9 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ACKNOWLEDGED RECEIPT
Sign: _____
Print: J. SABLAN
Date: 100904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.