AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

EVY YOUNG,
EDGAR PAZ,

V.

CONOCOPHILLIPS COMPANY, ET AL.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07 - 00026

**FILED**
DISTRICT COURT OF GUAM

OCT 10 2007 nba

JEANNE G. QUINATA
Clerk of Court

TO: (Name and address of Defendant)
MOBIL OIL GUAM INC.
642 East Marine Drive
Hagatna, Guam 96910-5164

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| GIRARDI KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, California 90017<br>(213) 977-0211<br>Facsimile: (213) 481-1554 | Law Offices of Douglas B. Moylan<br>Suite 201 Skinner Plaza Building<br>138 West Seaton Boulevard, Hagatna<br>P.O. Box 7822<br>Tamuning, Guam 96931 USA<br>(671) 475-9292 – (671) 483-9292 (cellular)<br>Facsimile: (671) 475-9293 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA
Clerk of Court

OCT 09 2007

CLERK
[signature]
(By) DEPUTY CLERK
Francine A. Diaz
Deputy Clerk

DATE

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/10/07 |
| NAME OF SERVER (PRINT) CHRISTOPHER E. ALLEN | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MOBIL GUAM INC. / GUAM 642 EAST MARINE CORPS DRIVE HAGATNA, GUAM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ✗ KSing
✗ KAMAL SINGH   Print

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/10/07
             Date
             12:10pm

*Signature of Server*

pmb 386, 1270 N. Marine Dr. Ste. 101
Tamuning, Gu, 96913
*Address of Server*

DOCUMENTS SERVED:   SUMMONS IN A CIVIL CASE #07-00026
                    FIRST AMENED CLASS ACTION
                    DEMAND FOR JURY TRIAL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.