A CERTIFIED TRUE COPY

OCT 10 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION

Mark Wyatt, et al. v. BP America Corp., et al.,
   S.D. California, C.A. No. 3:07-1754
Evy Young, et al. v. Ambest, Inc., et al.,
   D. Guam, C.A. No. 1:07-26

FILED OCT 15 2007
Clerk, U.S. District Court
By: _____ Deputy Clerk

MDL No. 1840

## CONDITIONAL TRANSFER ORDER (CTO-8)

On June 18, 2007, the Panel transferred ten civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1365 (J.P.M.L. 2007). Since that time, 32 additional actions have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 18, 2007, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 10 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: MOTOR FUEL TEMPERATURE SALES
PRACTICES LITIGATION                                           MDL No. 1840

## INVOLVED COUNSEL LIST (CTO-8)

Thomas V. Bender
Walters, Bender, Strohbehn & Vaughan, P.C.
2500 City Center Square
P.O. Box 26188
Kansas City, MO 64196

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Martin M. Loring
Blackwell Sanders LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112

Douglas B. Moylan
P.O. Box 7822
Tamuning, GU 96931

James Paul Sizemore
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

October 10, 2007

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Re: MDL No. 1840 -- IN RE: Motor Fuel Temperature Sales Practice Litigation

(See Attached CTO-8)

Dear Ms. Campbell:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 21, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Teresa Bishop
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Kathryn H. Vratil
    Transferor Judges: Judge Barry Ted Moskowitz, Judge Frances M. Tydingco-Gatewood
    Transferor Clerks: W. Samuel Hamrick, Jr., Mary Lou Michels Moran

JPML Form 36

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

INGRID A. CAMPBELL
ACTING CLERK
E-MAIL: Ingrid_Campbell@ksd.uscourts.gov

KIM LEININGER
ACTING CHIEF DEPUTY CLERK

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-5734

Sept. 12, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

U.S. District Court

Re: MDL - 1840 In Re Motor Fuel Temperature Sales Practices Litigation

Your Case: Young vs. Ambest, Inc. 07-26

Dear Clerk:

Attached please find a certified copy of the order from the Judicial Panel on Multi-District Litigation transferring the above entitled action to the District of Kansas, Kansas City, KS. The case has been assigned to the Honorable Kathryn H. Vratil for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

To expedite this matter, I would appreciate it if you could email the docketed transfer order in .pdf format to carol_kuhl@ksd.uscourts.gov. Once this is accomplished we will go out to your CM/ECF site and retrieve any documents we need, including the docket sheet.

If you prefer to mail the documents to our court, the address is as follows:

United States District Court
Office of the Clerk
500 State Avenue, Room 259
Kansas City, KS 66101
Attention: Carol Kuhl

Sincerely,

Ingrid A. Campbell, Acting Clerk

By: _____s/carol kuhl_____