RICHARD L. JOHNSON
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Defendant Mobil Oil Guam Inc.*

**FILED**
DISTRICT COURT OF GUAM

OCT 22 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| EVY YOUNG, EDGAR PAZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Delaware corporation, MOBIL OIL GUAM INC.; SHELL GUAM INC.; and SOUTH PACIFIC PETROLEUM CORPORATION,<br><br>Defendants. | CIVIL CASE NO. 07-00026<br><br>**ENTRY OF APPEARANCE** |

**COMES NOW** Blair Sterling Johnson Martinez & Leon Guerrero, a professional corporation, and enters its appearance for Defendant **MOBIL OIL GUAM INC.** in the above captioned and numbered proceeding.

**DATED** this 17th day of October, 2007.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

BY: _____
RICHARD L. JOHNSON
*Attorneys for Defendant Mobil Oil Guam Inc.*

J68\50556-232
G:\WORDDOC\MOGI\PLD\786A-ENTRY OF APPEARANCE RE YOUNG V. CONOCOPHILLIPS ET AL.DOC